# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROY JOHNSON, | 1:10-cv-01164-SMS (HC) |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON RESPONDENT FOR FAILURE TO COMPLY WITH COURT'S ORDER |
| v. | |
| HECTOR A. RIOS, | [Doc. 13] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the petition for writ of habeas corpus on June 18, 2010. By order of August 10, 2010, the Court directed Respondent to file a response within sixty days from the date of service of that order. Over sixty days have passed and Respondent has failed to file a response. Review of the certificate of service reveals that Respondent was served with this order at the appropriate address.

Local Rule 110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Accordingly, it is HEREBY ORDERED that within twenty (20) days of service of this order, Respondent shall SHOW CAUSE why appropriate sanctions should not be imposed for

failing to obey a court order.

IT IS SO ORDERED.

**Dated:   October 19, 2010**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE