IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROY JOHNSON, | 1:10-cv-01164-BAM (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS |
| CLAY, | (DOCUMENT #39) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 29, 2011, judgment was entered denying the petition for writ of habeas corpus. On September 27, 2011, petitioner filed a notice of appeal, and on October 14, 2011, petitioner filed appealability and an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.

The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: October 25, 2011            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE