1

2

3

4

5         IN THE UNITED STATES DISTRICT COURT FOR THE

6                 EASTERN DISTRICT OF CALIFORNIA

7

8    MICHAEL ROY JOHNSON,                  1:10-cv-01164-BAM (HC)

9                                          ORDER GRANTING MOTION TO PROCEED
                                           IN FORMA PAUPERIS ON APPEAL
10                      Petitioner,
                                           DIRECTING CLERK TO SERVE COPY ON
11   vs.                                    COURT OF APPEALS

12   CLAY,                                  (DOCUMENT #39)

13                      Respondent.
     _____ /
14
            Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus
15
     pursuant to 28 U.S.C. § 2241.
16
            On March 29, 2011, judgment was entered denying the petition for writ of habeas corpus.
17
     On September 27, 2011, petitioner filed a notice of appeal, and on October 14, 2011, petitioner
18
     filed appealability and an application to proceed in forma pauperis.  Examination of petitioner's
19
     application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an
20
     appeal.  Accordingly, the application to proceed in forma pauperis on appeal is GRANTED.  See
21
     28 U.S.C. § 1915.
22
            The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth
23
     Circuit.
24
            IT IS SO ORDERED.
25
     Dated:   __October 25, 2011__        _____/s/ **Barbara A. McAuliffe**_____
26                                           UNITED STATES MAGISTRATE JUDGE

27

28

-1-